UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Christopher Ryan Seal            Docket No. 5:12-CR-366-1BO

### Petition for Action on Supervised Release

COMES NOW Tiffany C. Peacock, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Christopher Ryan Seal, who, upon an earlier plea of guilty to Receipt of Child Pornography in violation of 18 U.S.C § 2252(a)(2), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on March 20, 2014, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment, the defendant be placed on supervised release for a period of 60 months.

Christopher Ryan Seal was released from custody on March 23, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On March 20, 2014, the defendant pled guilty to Receipt of Child Pornography. Mr. Seal received a 60 month imprisonment sentence, and a 60 month term of supervised release. Given his current sex offense conviction, it is respectfully recommended that his conditions of release be modified to include obtaining a sex-offender assessment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall submit to a psycho-sexual evaluation by a qualified mental health professional who is experienced in evaluating sexual offenders and who is approved by the U.S. Probation Officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,            I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer

/s/ Tiffany C. Peacock
Tiffany C. Peacock
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2545
Executed On: April 7, 2017

### ORDER OF THE COURT

Considered and ordered this __7__ day of __April__, 2017, and ordered filed and made a part of the records in the above case.

*Terrence Boyle*
Terrence W. Boyle
U.S. District Judge