UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Christopher Ryan Seal**                      Docket No. 5:12-CR-366-1BO

**Petition for Action on Supervised Release**

COMES NOW Mindy L. Threlkeld, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Christopher Ryan Seal, who, upon an earlier plea of guilty to 18 U.S.C. §2252(a)(2), Receipt of Child Pornography, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on March 20, 2014, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Christopher Ryan Seal was released from custody on March 23, 2017, at which time the term of supervised release commenced.

On April 10, 2017, the conditions of release were modified to include a condition that the defendant obtain a sex offender evaluation to determine risk and need for sex offender treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant obtained a sex offender evaluation as ordered by the court. Our treatment provider has determined that the defendant would benefit from sex offender counseling and polygraphs in an effort to address risk. Our treatment provider also recommended that the defendant have all computer use monitored by computer monitoring software. The defendant has access to several computers in his residence and it is requested that computer monitoring conditions be ordered to ensure compliance with the conditions of his release.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. At the direction of the U.S. Probation Officer, the defendant shall consent to the installation of systems or software that will allow the probation officer or designee to monitor computer use on any computer that the defendant owns or is authorized to use. The defendant shall pay the costs of this monitoring.

2. The defendant shall not use, possess, or control any computer-based counter forensic tools. The defendant shall not use or have installed any programs specifically and solely designed to encrypt data, files, folders, or volumes of any media. The defendant shall, upon request, immediately provide the U.S. Probation Officer with any and all passwords required to access data compressed or encrypted for storage by any software.

3. The defendant shall not have any social networking accounts without the approval of the U.S. Probation Officer.

4. At the direction of the U.S. Probation Officer, the defendant shall submit to physiological testing, which may include, but is not limited to, polygraph examinations or other tests to monitor the defendant's compliance with probation or supervised release and treatment conditions.

Christopher Ryan Seal
Docket No. 5:12-CR-366-1BO
Petition For Action
Page 2

5. The defendant shall participate in a sex offender treatment program as directed by the U.S. Probation Officer, and the defendant shall comply with and abide by all the rules, requirements, and conditions of the treatment program until discharged. The defendant shall take medication as prescribed by the treatment provider.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Mindy L. Threlkeld
Mindy L. Threlkeld
Senior U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2539
Executed On: June 20, 2017

**ORDER OF THE COURT**

Considered and ordered this 21 day of June, 2017, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge